

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-18-00466-CV

Pedro **RAMIREZ**,
Appellant

v.

Frances **RAMIREZ**,
Appellee

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2017-CI-21553
Honorable Angelica Jimenez, Judge Presiding

BEFORE JUSTICE ALVAREZ, JUSTICE CHAPA, AND JUSTICE RIOS

In accordance with this court's opinion of this date, this appeal is DISMISSED. Costs of court for this appeal are taxed against Appellant Pedro Ramirez.

SIGNED January 2, 2019.

_____
Patricia O. Alvarez, Justice